UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IRVIN W. McKAY<br><br>          PLAINTIFFS<br><br>  v.<br><br>FAY SERVICING, LLC<br><br>          DEFENDANT | Case No. 1:21-cv-00236-JDL |

NOTICE OF SETTLEMENT

     Plaintiff hereby notifies the court that a agreement on a settlement has been reached between Plainiff and Defendant, subject to the parties reaching agreement on the terms of the written settlement documents.  Plaintiff anticipates that agreement will be reached and that he will move to dismiss this action within the next 30 days.


DATED:  October 14, 2021

                                        /s/ Thomas A. Cox_____
                                       Thomas A. Cox, Esq.,   Me. Bar No. 1248
                                       Attorney for Plaintiff Irvin W. McKay

                                       P.O. Box 1314
                                       Portland, Maine 04104
                                       (207) 749-6671
                                       tac@gwi.net

1

## CERTIFICIATE OF SERVICE

     I hereby further certify that on October 14, 2021, I electronically filed the foregoing Notice of Settlement using the CM/ECF system which will send notification of such filing to the following:

    Kevin P. Polanski, Esq.
    Lindsey S. Stults, Esq.

        /s/Thomas A. Cox_____
        Thomas A. Cox