UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IRVIN W. McKAY<br><br>PLAINTIFFS<br><br>v.<br><br>FAY SERVICING, LLC<br><br>DEFENDANT | Case No. 1:21-cv-00236-JDL |

NOTICE OF DISMISSAL
PURUSANT TO FED. R. CIV. P. 41(a)(1)(A)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff hereby gives notice of his dismissal of this action with prejudice and without costs.

DATED:  December 29, 2021

                                                  /s/ Thomas A. Cox_____
Thomas A. Cox, Esq.,   Me. Bar No. 1248
Attorney for Plaintiff Irvin W. McKay

P.O. Box 1314
Portland, Maine 04104
(207) 749-6671
tac@gwi.net

CERTIFICIATE OF SERVICE

      I hereby further certify that on December 29, 2021, I electronically filed the foregoing Notice of Dismissal using the CM/ECF system which will send notification of such filing to the following:

    Kevin P. Polanski, Esq.
    Lindsey S. Stults, Esq.

                                                               /s/Thomas A. Cox
                                                               Thomas A. Cox